DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

RICHARD L. RENGEL,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D2026-0187

———————————————

May 13, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Pinellas County; Larry Keith Meyer, Judge.

PER CURIAM.

    Affirmed.

KELLY, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.